## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**VIVEK SHAH,**
**Reg # 43205-424**                                                          **PLAINTIFF**

**V.**                     **CASE NO. 4:15-CV-00161 SWW/BD**

**USA**                                                                       **DEFENDANT**

### ORDER

The Court has received a Recommended Disposition ("Recommendation") filed by

Magistrate Judge Beth Deere.  After careful review of the Recommendation, Mr. Shah's

timely objections, as well as a *de novo* review of the record, the Court concludes that the

Recommendation should be, and hereby is, approved and adopted as this Court's findings

in all respects.

Mr. Shah's claim is DISMISSED, with prejudice, this 1ST day of December,  2015.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE