# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**VIVEK SHAH,**
**Reg # 43205-424**                                                                                          **PLAINTIFF**

V.                    CASE NO. 4:15-CV-00161 SWW/BD

USA                                                                                                          DEFENDANT

## JUDGMENT

Consistent with the Order entered on this day, judgment is hereby rendered in favor of Defendant United States of America.  The case is DISMISSED.

DATED this 1st day of December, 2015.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE